# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA DAWSON, on behalf of A.R., | ) CASE NO.   EDCV 09-00661 SS |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

        IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.


DATED:     January 27, 2010                    /S/

                                    _____
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE